# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LUANNE MCMANUS,<br><br>Plaintiff,<br><br>v.<br><br>NOBEL BIOCARE USA, LLC; NOBEL BIOCARE HOLDING, AG,<br><br>Defendants. | Case No.: 3:22-cv-03153-SEM-KLM |

## [PROPOSED] ORDER GRANTING DEFENDANT NOBEL BIOCARE USA, LLC'S PARTIAL MOTION TO DISMISS

This matter is before the Court on Defendant Nobel Biocare USA, LLC ("Nobel Biocare")'s Partial Motion to Dismiss.

Upon review of the Motion, the parties' filings, and all other files and documents on record, the Court hereby **GRANTS** Nobel Biocare's Partial Motion to Dismiss in its entirety.

The following is hereby **ORDERED**:

1. This Court grants Nobel Biocare's Partial Motion to dismiss Count IV of Plaintiff's Complaint.

2. The *res ipsa loquitor* claim shall be dismissed with prejudice.

3. As the prevailing party, Nobel Biocare is permitted to tax its costs and must provide such an application to the Clerk of Court as provided by Rule 54 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: _____

                                                        SUE E. MYERSCOUGH
                                                        United States District Court Judge